UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNY SALMO,

    Plaintiff,

v.                                         Case No. 11-14926

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                         /

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING THE ACTION WITH PREJUDICE**

On March 26, 2012, the magistrate judge issued an order allowing Plaintiff fourteen days to show cause why his appeal of a Social Security disability benefits denial should not be dismissed for failure to prosecute. Plaintiff never responded, and on November 27, 2012, the magistrate judge issued a report recommending dismissal of the action with prejudice.

Plaintiff submits no objection to the magistrate judge's thorough and proper report and recommendation. Accordingly,

IT IS ORDERED that the report and recommendation [Dkt. # 13] is ADOPTED in full and that this action is DISMISSED WITH PREJUDICE.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: January 24, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 24, 2013, by electronic and/or ordinary mail.

                                         s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522