# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHNY SALMO,

       Plaintiff,

Case No: 11-CV-14926-DT

v.

COMMISSIONER OF SOCIAL SECURITY

       Defendant.

_____/

## JUDGMENT

In accordance with the "Order Adopting the Magistrate Judge's Report and Recommendation, and Dismissing the case with prejudice entered on January 24, 2013,

Judgment is entered for defendant Commissioner of Social Security and against plaintiff Johny Salmo

ENTERED BY ORDER OF THE COURT

S/Lisa Wagner
LISA WAGNER, Deputy Clerk and Case Manager to Judge Robert H. Cleland
(313) 234-5522

Dated: January 24, 2013

1/24/13: PDK:S:\Cleland\LISA\H H S\jgmssc2.wpd